# EXHIBIT A

April 20, 2022

To: Sr. District Judge
United States District Judge

## Steve Rodriguez

Honorable Judge,

Referring to you are the parents of Steve Rodriguez, Mario and Lucinda Rodriguez. We write this letter, with anguish and a heavy heart, to provide a character reference for our beloved son Steve.

As this ongoing issue has significantly moved and impacted our lives negatively, all we can do is present nothing but a true testimony of who our son has been throughout his life.

Steve has been profoundly responsible since his early years, he's been a very polite man with great manners, he has always seeked ways to grow as a person for the better, trying to continue his studies in nursing, and he's also been a role model to many family members for his hard work and constant determination and discipline.

As our only son, he has always looked after us, supporting us financially in everything he could, and has always been there for us to help when needed. I, Mario Rodriguez, am still working as a truck driver at 78 years old, putting aside my health which is not optimal, to be able to support my son in these circumstances. Steve has been constantly working one or more jobs to be able to give us some financial freedom and allow me to finally retire, but this was not possible.

Our son has always been an exemplary individual in the community who is incapable of hurting anyone on purpose, everyone who knows him knows he has a great heart with pure intentions, someone who is caring, loving, and always willing to help anyone in need.

Please your honor, consider the pardon for our son as he is our support, company, and our purpose in life. As his parents our suffering is endless during these hard times. If you would decide otherwise over our son's case, we will never get the chance to be with him again until our departure.

As a family who's been ripped apart for the mistake of his actions that do not represent our son's regular behavior, we ask you whole-heartedly to have mercy on Steve.

Sincerely,

Mario Rodriguez
(626) 392-4981

Lucinda Rodriguez
(626) 893-9319

April 21, 2022

To: Sr. District Judge
United States District Judge

## Steve Rodriguez

Your Honor:

I am writing to you in connection with the sentencing pending before your Honor of my godfather, Steve Rodriguez. I respectfully request that you take the entirety of Steve's life into account when determining his sentence.

Steve has been one of my biggest supporters since the day I was born. In my 18 years of life, having him as one of my strongest fatherly role models has been nothing but a blessing. He has always cared, supported, and loved me as his own daughter.

As my parents reside in Bolivia and I returned to the United States a couple of years ago to experience my high school years, Steve and his family welcomed me in their home, where I was taken great care of for many years. Throughout living with him, I learned that he is a person with a pure heart, someone who has the will to be better everyday, who is very hard working, and someone who would give everything for his loved ones.

This current situation has truly shocked us all as this behavior could never be related to him and his way of being. Your honor, I along with anyone that knows him, testify that Steve's actions have been a great mistake that he would never do again.

If anyone deserves a second chance, it is him. If the opportunity is given, I know that he can and will demonstrate his true abilities which are all filled with great intentions. I respectfully ask you to take into consideration this letter before making a decision over Steve's future.

Yours Faithfully,

*[signature]*

Alexia Mercado
(909) 407-0323

To whom ever may concern:

First off, I would like to thank you for your time on reading this letter about my brother Steve Jackson Rodriguez. My name is Stephanie Rodriguez and I am the youngest and only sister of Mr. Rodriguez.

All my life that I can recall, my brother has always been there for me through thick and thin. He went off to study as a nursing assistant to help my parents, Mario and Lucinda Rodriguez. My brother has decided to take care of my parents in his mid 20's and that's when he purchased his home so my father can finally retire and enjoy being in the presence of his wife and children. As you know, this incident has shocked us all, feeling numb and so much pain, especially towards my parents since they are of age already. Our world how we knew it has drastically shifted, but at the end of the day he is my brother and I will always stand by him regardless the outcome of this trial will be.

In life, we all make mistakes. There's not one single person in this world who is perfect. While my brother sits in jail, I know for a fact he is regretting what he has done to the victims, as I too feel terribly for them and what they have gone through. I am hoping this letter will let you know how my brother was, who was a kind hearted person, hard-working, loves dogs, and most of all who loves his family so much, because that's all he has left in this world.

Sincerely,

Stephanie Rodriguez
(626) 485-4965

Cochabamba, Bolivia
20 de abril de 2022

Para:   Juez de distrito sénior Juez
        de los Estados Unidos

## Steve Rodriguez

Honorable Judge,

Warm greetings, my name is Johnny Mercado, married to Steve Rodriguez's cousin with whom I have two children. I write this letter with the purpose of providing character reference for Steve, whom I've known since he was only a kid.

I currently reside in Cochabamba, Bolivia along with my family, but I have resided in the United States for almost a decade. During that time, I maintained a close relationship with Steve's family who live by correct principles and are all people of good. Throughout that time I've known Steve, he always had a very good behavior, I can attest he was never involved in anything illegal, he was a very polite, affectionate, hardworking, responsible man. He always tried to help his parents financially and at the same time he continued his studies, without leaving aside his passion for music and sports.

When my youngest daughter decided to go to high school in the United States, my wife and I had no qualms about sending her to Steve's family. As she graduated in 2021, during her stay she was taken exceptional care of, and she never saw any inappropriate behavior from Steve, on the contrary he was always supporting her in whatever was necessary.

That is why it is difficult for me to believe that his actions brought him to this situation. It is very painful and unfortunate for the entire family, especially for his parents who are devastated.

I thank you, your honor, for taking my statement into account.

Sincerely,

Johnny Mercado
+591 60382326

Cochabamba, Bolivia
April 20, 2022
To:  Sr. District Judge
     United States District Judge

## Steve Rodriguez

Distinguished Judge,

I hereby address you with all due respect, my name is Alcira Camacho, I am the cousin of the defendant whom I have known since he was a child.

When I arrived from my country Bolivia to the United States with my family, Steve and his family welcomed us to their home giving us much support and love because they are all a good loving family with many morals and values.

It is difficult for us to accept that this happened to such a good, sensitive, responsible man, who is very dedicated to his work and study, a person who has always shown respect and affection towards his family and those who knew him.

He has always been such a caring and considerate person, I remember when we arrived at their home he had no doubt in giving us his room while he slept uncomfortably in the living room for months. On various other occasions where me or my family needed anything, he was always there for us all, willing to help us even if he needed to skip a day at work.

Steve was not only the joy of his parents, but he was also an important financial support for them who are now older and shouldn't have to be going through this terrible situation which has broken their hearts.

For these and plenty other reasons, I ask you your honor, to take this letter into account in order to get to know who my cousin really is, a good man, whom we love very much, and we continue asking God to be merciful in his case for him to be able to return to his home soon.

Sincerely,

*[signature]*

Alcira Camacho
+591 60394309

To whom it may concern:

My name is Kevin Oka, and I am the brother in-law of Steve Jackson Rodriguez. I've known Steve for almost 20 years, and from I know from his character and personality is that he's always been a hard-working person, was the sole provider of the house, and always took care both his parents Mario and Lucy. He was a very social person at party events and family gathering. I hope this letter can help you better understand the Steve Rodriguez I've known all these years, and hopefully whatever the outcome is will be for the best for all of us.

Sincerely,

Kevin Oka

(626) 806-7930

Cochabamba, Bolivia
April 22, 2022

To:  Sr. District Judge
United States District Judge

## Steve Rodriguez

Dear Judge,

I write this letter with the purpose of providing character reference for my nephew Steve Rodriguez, who I've known since he was born.

Since a kid, Steve has always been an exemplary individual, full of kindness, intelligence, and determination. We are all aware of the gravity of his case, but it is hard for us all to wrap our heads around it. This is not the man we know, and I'd like to give you a perspective that shows that he is more than the sum of his actions.

My entire family has always looked up to Steve, as he's only been a person of good moral character with great intentions and actions. Besides this ongoing issue, he is truly someone who is worthy of admiration.

He has always had a bright future ahead of him, and we are sure that if he has the chance he will be able to get back on the right track to continue his bright journey, because he is capable and always had the will to be better. If the chance is given, I can assure that he'll be nothing but good for society as he's always been and will work to redirect his life towards a fulfilling future which will benefit others along the way.

I would request you to look into his case once again before finalizing your verdict, taking into consideration that Steve Rodriguez has been a man of integrity his entire life. He is a very good person who made a very bad mistake. I just hope that you can see in Steve what I and others see, and give him an opportunity for a second chance while you make a fair decision.

I thank you for your consideration in this matter.

Respectfully,

*[signature]*

Angelica Zabalaga
+591 77482518

Los Angeles-California
April 22, 2022

Ref: Rodriguez, Steve

To whom it may concern:

I would like to state that I have known Steve since he was born.
I met his mother about 40 years ago. Throughout the years I have visited
Mrs. Rodriguez, at least once a month, I saw Steve grew up to be as a helpful,
Respectful young man with his parents and with everyone at the house.
If you have, any question feel free to call.

Ruth Alarcon
(323) 219-6281

# Steve Rodriguez

From: Rosa Lara (jcfuzzy@yahoo.com)

To: estephy1989@yahoo.com

Date: Sunday, May 15, 2022, 04:30 PM PDT

To whom it may concern:
My name is Rosa Lara and have known the Rodriguez family since 1984 when I became their neighbor.
The same year Steve was born, We became good friends and saw how Steve was dedicated to his studies as he got older they move to another city yet we kept in touch and when I went to visit either he was working at school or doing homework, they have been a family of good values .
Regards
Rosa Lara

Sent from Yahoo Mail on A)

Escribo esta carta para dar una referencia sobre Steve Rodriguez. Conosco a Steve de toda la vida, desde nino y siempre fue tranquilo y muy posivo, carinoso con sus padres, hermana y familia. Se relacionaba con los ninos de sue dad en la escuela y afuera tenia muchos amiguitos.

Steve ya de adolecente era un joven estudioso y sociable. Tenia muchos amigos y Tambien estaba pasando en el gimnasio hacienda mucho ejercicio. Steve ya un hombre se dedico al studio convirtiendose en un profesionista. Muy dedicado a sus trabajos siempre tratando de superarse mas.

Trabajando en varios turnos y diferentes clinicas, tratando siempre de ayudar a sus padres economicamente. Siendo un joven muy respetuoso con sus companeros y carinoso con la familia. Para a quien corresponde, considere su situacion y pueden darle una opotunidad en su vida.

Attentamente,

Norma L. Zabalaga

(562) 282-7011

I write this letter to reference Steve Rodriguez, I have known Steve his entire life, since he was a child. He was always calm, passive, and caring with his parents, sister, and family. He got along well with children his age and had many friends

Steve as an adolescent was a studious and social young man. He had many friends and spent time in the gym. Steve as a man dedicated himself to his studies to become a professional. He is dedicated to his job and always trying to be better.

He was working in various rotations and different clinics. He was always trying to help his parents financially. He was a respectful young man with his peers and caring to his family. To whom it may correspond, I hope you consider his situation and give him an opportunity in life.

Attention,

Norma L. Zabalaga
562-282-7011


## CERTIFICATION OF TRANSLATION

I, Bryána Espinoza, am competent to translate from Spanish into English, and certify that the translation of Norma L. Zabalaga is true and accurate to the best of my abilities.

Signature of Translator

Bryana Espinoza
Name of Translator

3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010
Address of Translator

(323) 933-9500 Ext. 182
Telephone Number of Translator

Abril 21, 2022

Aquien corresponda:

Conosco a Steve Rodriguez desde hace muchos anos, en las ocasiones que visitaba a su casa, pude observer que era muy estudioso y su comportamiento con personas de toda edad es de respeto. Siempre nos Saluda a mi esposo y yo. Steve mantiene a sus padres de todo los pagos de las casa. Cualquier pregunta por favor me puedes contactar a mi numero. Gracias.

Sinceramente,

Graciela Alarcon

(323) 899-1838

April 21, 2022

To whom it may concern,

I know Steve Rodriguez for numerous years. In the occasions that I visited his home, I was able to observe that he is very studious and well behaved with everyone showing them respect. He has always greeted my husband and I. Steve maintained his parents, even through the house payments. If there is any question, please contact me at the following number. Thank you.

Sincerely,

Graciela Alarcon
(323) 899 1838

## CERTIFICATION OF TRANSLATION

I, <u>Bryana Espinoza</u>, am competent to translate from Spanish into English, and certify that the translation of <u>Graciela Alarcon</u> is true and accurate to the best of my abilities.

_____
Signature of Translator

<u>Bryana Espinoza</u>
Name of Translator

<u>3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010</u>
Address of Translator

<u>(323) 933-9500 Ext. 182</u>
Telephone Number of Translator

Los Angeles-California

Abril 21, 2022

Re: Steve Rodriguez

A quien corresponda:

    Puedo Manifestar que este joven Steve Rodriguez es de mi conocimiento por muchos anos. Su comportamiento para los que rodean es excelente, leal, responsible, y respetuoso. Si tiene alguna pregunt, por favor de comunicarse al (323) 747-6547.

Atentamente,

Mario Alarcon

...

Los Angeles - California
April 21, 2022
Re: Steve Rodriguez

To whom it may concern,

    I can confirm that the young man Steve Rodriguez is someone I have known for many years. His behavior with everyone around him is excellent, loyal, responsible, and respectful. If you have any questions, please reach me at (323) 747-6547

Attentively,

Mario Alarcon

## CERTIFICATION OF TRANSLATION

I, <u>Bryana Espinoza</u>, am competent to translate from Spanish into English, and certify that the translation of <u>Mario Alarcon</u> is true and accurate to the best of my abilities.

_____        Bryana Espinoza
Signature of Translator                   Name of Translator

<u>3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010</u>
Address of Translator

<u>(323) 933-9500 Ext. 182</u>
Telephone Number of Translator