UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.  **EDCR 21-00188-JWH-1**                                Date: January 13, 2023

Present: The Honorable:  **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Clarissa Lara | Court Smart | Scott Michael Lara |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Custody | Citation | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Steve Jackson Rodriguez | X | X | | George K. Rosenstock | X | | X |

**Proceedings: SENTENCING**

Counsel state their appearances.

Sentencing hearing held. Upon motion of the Government, all remaining Counts are **DISMISSED**. The Court **SETS** a Restitution hearing for March 10, 2023, at 2:00 p.m.

See separate Judgment and Commitment Order.

**IT IS SO ORDERED.**

cc:   USPO
      USMS

02:51
Initials of Deputy Clerk  cla